Daniel S. Mason (SBN: 54065)
Joseph W. Bell (SBN: 114644)
Zelle, Hofmann, Voelbel, Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: dmason@zelle.com

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TELLES, MARK RUSHING, KENNETH BECKER, LESLEY DUKE, RICHARD GALAUSKI, and NATHAN BUTLER, individually on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY AND WAL-MART STORES, INC.,<br><br>    Defendants. | Case No. C 07 1305 SC<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LIGITATION; ORDER THEREON** |

    WHEREAS the above-captioned case is one of approximately 35 cases filed in district courts throughout the United States that are the subject of a motion to transfer and consolidate pursuant to 28 U.S.C. § 1407 that is pending before the Judicial Panel on Multidistrict Litigation (the "Panel"); and

    WHEREAS the parties agree that the Panel is likely to transfer this and the other pending actions like it to a single district for coordinated pretrial proceedings; and

    WHEREAS the parties further believe that judicial economy and efficiency will be served, and that duplicative discovery and motion practice and the risk of inconsistent orders

1

1  or rulings in this case and the various other similar cases can be avoided if this case is stayed
2  for a short time, pending a ruling by the Panel; and
3  
4        WHEREAS stays already have been entered in many of the cases that are the subject
5  of the transfer motion before the Panel, including *Rushing, et al. v. Alon USA, Inc., et al.*,
6  Northern District of California Case No. C 06 7621 PJH;
7        NOW THEREFORE, the parties, through their undersigned counsel, stipulate and
8  agree that the above-captioned case should be stayed pending a ruling by the Panel, and that
9  an Order to that effect should be entered pursuant to Civil L.R. 7-12.  The parties further
10 agree to notify the Court within ten days of receipt of a ruling by the Panel on the motion to
11 transfer.
12 
13 Dated:  March 30, 2007                              Respectfully submitted,

                                                     /s/
                                                     _____

                                                     Daniel S. Mason
                                                     Joseph W. Bell
                                                     ZELLE, HOFMANN, VOELBEL,
                                                        MASON & GETTE LLP

                                                     **ATTORNEYS FOR DEFENDANT
                                                     CONOCOPHILLIPS COMPANY**

*Filer's Attestation:  Pursuant to General Order No. 45 Section X(B) regarding signatures, Daniel S. Mason hereby attests that concurrence in the filing of this document has been obtained.*

                                                     /s/
                                                     _____

                                                     William J. Taylor (SBN:  72902)
                                                     Joan M. Haratani (SBN:  118221)
                                                     Amy M. Spicer (SBN:  188399)
                                                     MORGAN, LEWIS & BOCKIUS LLP
                                                     One Market, Spear Street Tower
                                                     San Francisco, CA 94105
                                                     Telephone:  (415) 442-1000
                                                     Fax:  (415) 442-1001
                                                     Email:  wtaylor@morganlewis.com

```
                                    Brian L. Duffy
                                    Naomi G. Beer
                                    GREENBERG TRAURIG LLP
                                    1200 17th Street, Suite 2400
                                    Denver, CO 80202
                                    Telephone:  (303) 572-6545
                                    Fax:  (303) 572-6540
                                    Email:  beern@gtlaw.com
```

**ATTORNEYS FOR DEFENDANT WAL-MART STORES, INC.**

_____/s/_____

Robert M. Peterson
Guy D. Calladine
CARLSON, CALLADINE & PETERSON LLP

**ATTORNEYS FOR PLAINTIFFS**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    4/3/07

_____
Honorable
United

IT IS SO ORDERED
Judge Samuel Conti

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, I electronically transmitted **STIPULATION TO STAY PROCEEDINGS PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; ORDER THEREON** to the Clerk's Office using the CM/ECF System for filing, and a copy of the foregoing was served on all counsel registered for e-filing.

I further certify that on March 30, 2007, a true and correct copy of the foregoing document was served via U.S. Mail, postage paid thereon, to the following parties, at the addresses listed:

> William J. Taylor
> Joan M. Haratani
> Amy M. Spicer
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105
>
> Brian L. Duffy
> Naomi G. Beer
> GREENBERG TRAURIG LLP
> 1200 17th Street, Suite 2400
> Denver, CO 80202

_____/s/_____
Susan L. Johnson

Stipulation and Order Staying Proceedings—Case No. C 07 1305 SC