A CERTIFIED TRUE COPY

JUL 2 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUL 30 2007
Clerk, U.S. District Court
By: _____ Deputy Clerk

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUL - 9 2007
FILED
CLERK'S OFFICE

07 AUG -9 PM 2:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CALIFORNIA

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1840

### IN RE Motor Fuel Temperature Sales Practices Litigation

### (SEE ATTACHED SCHEDULE)

07-1305 SC

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 18, 2007, the Panel transferred ten civil actions to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Kathryn H. Vratil.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Vratil.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of June 18, 2007, and, with the consent of that court, assigned to the Honorable Kathryn H. Vratil.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 2 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. (DISTRICT COURT) ss:
DISTRICT OF KANSAS)
I hereby certify that
the foregoing is a true copy
of the original on file in
this court and cause.
RALPH L. DeLOACH, Clerk
By_____ Deputy
Dated: 7/30/2007

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## MDL NO. 1840
## IN RE Motor Fuel Temperature Sales Practices Litigation

**DIST. DIV. C.A. #**       **CASE CAPTION**

ALABAMA MIDDLE
ALM 2 07-179              Linda A. Williams, et al. v. BP Corp. of North America, Inc., et al.

ALABAMA NORTHERN
ALN 7 07-535              Tony Snable, et al. v. Murphy Oil USA, Inc., et al.

ARKANSAS EASTERN
~~ARE 4 07-246~~              ~~Charles D. Jones, et al. v. E-Z Mart Stores, Inc., et al.~~       Opposed 7/25/07

ARIZONA
AZ 2 07-478               Christopher Payne, et al. v. Chevron USA, Inc., et al.

CALIFORNIA CENTRAL
CAC 2 07-1216             Phyllis Lerner, et al. v. Costco Wholesale Corp., et al.
CAC 5 07-280              Allan Eller v. Chevron USA, Inc., et al.

CALIFORNIA NORTHERN
CAN 3 07-1305             John Telles, et al. v. ConocoPhillips Co., et al.
CAN 3 07-1534             Fred Aguirre v. BP West Coast Products, LLC, et al.

DELAWARE
DE 1 07-136               Kenneth Becker, et al. v. Marathon Petroleum Co., LLC, et al.

FLORIDA SOUTHERN
FLS 1 07-20751            Mara Redstone, et al. v. Chevron USA, Inc., et al.
FLS 9 07-80156            Robert Cozza, et al. v. Murphy Oil USA, Inc., et al.

GEORGIA NORTHERN
GAN 4 07-29               Kathryn Cheek, et al. v. Murphy Oil USA, Inc., et al.

MARYLAND
MD 8 07-430               Raphael Sagalyn v. Chevron USA, Inc., et al.

MISSISSIPPI SOUTHERN
MSS 4 07-37               J.C. Wash, etc. v. Chevron USA, Inc., et al.

NORTH CAROLINA EASTERN
NCE 5 07-91               Jean W. Neese, et al. v. Abercrombie Oil Co., Inc., et al.

NEW MEXICO
NM 2 07-293               William Barker, et al. v. Chevron USA, et al.
NM 6 07-202               Betty A. Delgado v. Allsup's Convenience Store, Inc., et al.

NEVADA
NV 2 07-285               Gary Kohut, et al. v. Chevron USA, Inc., et al.
NV 2 07-299               Myrna Huerta v. BP Products North America, Inc., et al.

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1840)                PAGE 2 OF 2

**DIST. DIV. C.A. #**           **CASE CAPTION**

OREGON
   OR  6  07-357           Mark Haben v. Chevron USA, Inc., et al.
   OR  6  07-469           Shonna S. Butler v. Exxon Mobil Corp., et al.

TENNESSEE MIDDLE
   TNM  3  07-317          Jonathan Charles Conlin, et al. v. Chevron USA, Inc., et al.

TEXAS EASTERN
   TXE  1  07-271          Priscilla Craft v. The Kroger Co.

UTAH
   UT  2  07-130           Max Paul Peterson v. Exxon Mobil Corp., et al.

VIRGINIA EASTERN
   VAE  1  07-193          James Graham v. Chevron USA, Inc., et al.

## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

INGRID A. CAMPBELL
ACTING CLERK
E-MAIL: Ingrid_Campbell@ksd.uscourts.gov

KIM LEININGER
ACTING CHIEF DEPUTY CLERK

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 551-5734

July 30, 2007

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 295-2610

Phillip Burton US Courthouse
16th Floor, 450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re: MDL - 1840 In Re Motor Fuel Temperature Sales Practices Litigation

　　Your Case: 07-1305 Telles vs 07-1534 Conoco Phillips and Aguirre vs BP West Coast

　　Dear Clerk:

　　Enclosed please find a certified copy of the order from the Judicial Panel on Multi-district Litigation transferring the above entitled action to the District of Kansas, Kansas City, KS. The case has been assigned to the Honorable Kathryn H. Vratil for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

　　Please forward the original record and a cetified copy of the docket entries in the case listed above along with the enclosed copy of the transmittal letter to:

　　United States District Court
　　Office of the Clerk
　　500 State Avenue, Room 259
　　Kansas City, KS 66101
　　Attention: Carol Kuhl

　　If the case is an electronic case filing please do the following: Email the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to carol_kuhl@ksd.uscourts.gov.

　　Sincerely,

　　Ingrid A. Campbell, Acting Clerk

　　By: *Carol Kuhl*